O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD M. REYES, | ) | Case No. CV 15-04644-JGB (KES) |
| Petitioner, | ) | |
| vs. | ) | **JUDGMENT** |
| W. L. MONTGOMERY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition and entire action is dismissed with prejudice.

DATED: August 29, 2016

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE