UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. REYES,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>W. L. MONTGOMERY,<br><br>　　　　　Respondent. | Case No. 2:15-cv-04644-JGB (KES)<br><br>JUDGMENT |

　　　IT IS ADJUDGED that a conditional writ of habeas corpus is granted as follows: Unless Petitioner is resentenced for second-degree murder or retried for first-degree murder within ninety (90) days of the date of the Judgment (plus any additional delay authorized under state law), Respondent shall discharge Petitioner from all adverse consequences of his conviction in Santa Barbara Superior Court, Case No. 1361756.

DATED: February 28, 2019

_____
Jesus G. Bernal
UNITED STATES DISTRICT JUDGE

1